# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION (1) FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT, (2) FOR EXTENSION OF PAGE LIMIT, AND (3) TO RESCHEDULE THE HEARING DATE FOR THE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT   **AS MODIFIED** |

The Administrative Motion (1) for Extension of Time to File Reply in Support of Motion for Preliminary Approval of Proposed Class Settlement; (2) for Extension of Page Limit; and (3) to Reschedule the Hearing Date for the Motion for Preliminary Approval of Proposed Class Settlement is GRANTED. The Court orders:

1. The consolidated reply in support of the motion for preliminary approval is due no later than March 31, 2021.

2. The consolidated reply in support of the motion for preliminary approval shall not exceed 100 pages.

3. The hearing on the motion for preliminary approval currently scheduled for March 31, 2021 is stricken and rescheduled for **May 12, 2021.**

**IT IS SO ORDERED.**

Dated: March 9, 2021



_____
THE HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE